IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**ERNEST GAINES,**

                    **Petitioner,**

          v.                         **CASE NO. 22-3134-JWL-JPO**

**JEFF ZMUDA,**

                    **Respondent.**

### NOTICE AND ORDER TO SHOW CAUSE

This matter is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241. For the reasons explained below, the Court directs Petitioner to notify the clerk of his current address.

In June, 2022, Petitioner filed his petition for writ of habeas corpus and advised the Court that he was an inmate at Hutchinson Correctional Facility (HCF) in Hutchinson, Kansas. (Doc. 1, p. 1.) The following month, when Petitioner filed his petition on the required court-approved forms, he remained at HCF. (Doc. 7, p. 1.) After reviewing the petition, the Court directed Respondent to file a limited Pre-Answer Response (PAR) regarding the affirmative defense of timeliness. (Doc. 8.) Respondent filed the PAR on October 28, 2022. (Doc. 14.) Respondent also filed a document titled "Suggestion of Change of Address," which "suggests to the Court that Petitioner's address has changed." (Doc. 15.)

Respondent informs the Court that Petitioner was released from HCF onto post-release supervision on or around September 1. *Id.* at 1. Respondent provides an address it obtained from the Kansas Department of Corrections (KDOC) officer assigned to supervise Petitioner during post-release supervision. *Id.* Respondent further informs the Court that a KDOC employee informed Respondent's counsel that Petitioner "recently" was arrested in Sedgwick County, Kansas and is being held in the Sedgwick County Jail (SCJ) in Wichita, Kansas for an unknown period of time. *Id.* at 2. Respondent therefore also provides the Court with the mailing address of the SCJ. *Id.* The Court has received nothing from Petitioner regarding a change of address.

The Court's independent research into Petitioner's current whereabouts has not clearly resolved the question. In addition, Rule 5.1(c)(3) of the Rules of the United States District Court for the District of Kansas requires a pro se party to "notify the clerk in writing of any change of address." D. Kan. R. 5.1(c)(3). Accordingly, the Court directs Petitioner to notify the clerk, in writing, of his current address. The failure to do so may result in the dismissal of this matter without further notice to Petitioner. In an abundance of caution, the Court will direct the Clerk to mail copies of this order to Petitioner at HCF (the last address Petitioner provided to the Court); at SCJ (where Petitioner may be currently incarcerated); and at the Wichita address provided by the KDOC officer supervising Petitioner's post-release.

**IT IS THEREFORE ORDERED** that Petitioner is granted until and including November 21, 2022, in which to provide the clerk, in writing, with his current address. The failure to do so may result in the dismissal of this matter without further prior notice to Petitioner. The Clerk is directed to send copies of this order to Petitioner at the Hutchinson Correctional Facility, the Sedgwick County Jail, and the address currently reflected on the docket of this matter.

**IT IS SO ORDERED.**

DATED:   This 31st day of October, 2022, at Kansas City, Kansas.

S/ James P. O'Hara

JAMES P. O'HARA
United States Magistrate Judge